IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES SHENFIELD and CARLINA D. SHENFIELD,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>                                       / | No. C 05-00526 WHA<br><br>**ORDER DISMISSING CASE** |

     The Court is in receipt of plaintiff's request for dismissal with prejudice of the entire action of all parties and all causes of action. Accordingly, the Court **DISMISSES** the above-named action. The Clerk **SHALL CLOSE** the file.

     **IT IS SO ORDERED.**

Dated: June 7, 2005.

                                               WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE